CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__      Erie _____      Johnstown _____

Related to No. _Civ. 07-413_ Judge _Ambrose__(Civil Forfeiture)_
(All criminal prosecutions arising out of the same criminal
transaction or series of transactions are deemed related).

CATEGORY:  1.   _____ Antitrust & Securities Fraud
           2.   _____ Tax
           3.   __X__ General Criminal

Defendant's name:                _Mary Beth Klorczyk_____

Is Indictment waived:            __X__ yes       _____ no

Pretrial Diversion:              _____ yes       __X__ no

Juvenile proceeding:             _____ yes       __X__ no

Defendant is:                    _____ Male      __X__ Female

Superseding Indictment or
Information:                     _____ yes       __X__ no

    Previous case number:        _____

If superseding, previous case was/will be:

    _____ Dismissed on defendant's motion
    _____ Dismissed on government's motion
    _____ After appellate action
    _____ Other (explain)

County in which first
offense cited occurred:          _Allegheny County_____

Previous proceedings before
Magistrate Judge:                _____

    Case No.:                    _____

    PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: _____

Defendant:                       _____ is in custody __X__ is not in custody

Name of Institution:             _____

Custody is on:                   _____ this charge    _____ another charge

                                 _____ another conviction

                                 _____ State    _____ Federal

| | | |
|---|---|---|
| Detainer filed: | ____ yes   __X__ no | |
| Date detainer filed: | _____ | |
| Total defendants: | __1__ | |
| Total counts: | __7__ | |
| Data below applies to defendant No.: | __1__ | |
| Defendant's name: | __Mary Beth Klorczyk__ | |

## SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1-4 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud | X | |
| 5-6 | 18 U.S.C. §§ 2314 and 2 | Interstate Transportation of Property Taken by Fraud | X | |
| 7 | 18 U.S.C. § 1341 | Mail Fraud | X | |

## FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____

*/s/ Paul E. Hull*
PAUL E. HULL
Assistant U.S. Attorney
PA ID No. 35302